PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Damon Chestnut                    Cr.: 99-00285-005
                                                    PACTS Number: 24211

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr., U.S.D.J.

Date of Original Sentence: 03/07/00

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 103 months imprisonment and 5 years supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: 11/03/06

### PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

### CAUSE

The defendant has a history of aggressive behavior including fighting and destroying property. He was previously diagnosed as having conduct disorder and being the "solitary aggressive type". He has multiple hospitalizations for psychiatric problems. He has recently complained of difficulty sleeping due to paranoia and flashbacks to his imprisonment. The defendant has agreed to undergo a mental health evaluation to determine a level of treatment needed to address these issues.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 06/18/08

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other