UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | : <br> : <br> : Criminal No. 99-285 (FSH) |
| v. | : <br> : **ORDER** |
| DAMON CHESTNUT. | : <br> : |
| Defendant. | : <br> : |

This matter having come before the Court upon a written request from the U.S. Probation Office (Patrick Hattersley, U.S. Probation Officer) to withdraw the petition for violation of supervised release, and for good cause shown;

**IT IS** on this 7th day of March 2011,

**ORDERED** that the violation petition dated October 20, 2010 [Docket No. 183] is hereby deemed **WITHDRAWN**; it is further

**ORDERED** that the conditions of release set by Magistrate Judge Shipp on October 22, 2010 be removed.

                                                                      s/ Faith S. Hochberg
                                                      United States District Judge